UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ZOFIA KUCZUN AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED,

                              Plaintiff,

-against-

THE CHILDREN'S PLACE RETAIL STORES, INC.
D/B/A THE CHILDREN'S PLACE,

                             Defendants.
-------------------------------------------------------------------- X

Docket No. 1:23-cv-01010-FB-CLP

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or could have been asserted in the above-captioned action are hereby voluntarily dismissed with prejudice and without costs, fees, or expenses.

Dated: Syosset, NY 11791
         April 26, 2023

| **BELL LAW GROUP, PLLC** | **JACKSON LEWIS P.C.** |
|---|---|
| By: *Daniel Johnston* | By: /s Joseph J. Lynett |
| Daniel Johnston | Joseph J. Lynett |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 116 Jackson Blvd. | 666 Third Avenue., 29th Fl. |
| Syosset, New York 11791 | New York, NY 10017 |
| (516) 280-3008 | (914) 872-6888 |
| DJ@BellLG.com | Joseph.Lynett@jacksonlewis.com |